UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN BAUTISTA,

    Plaintiff(s),

v.

HUNT AND HENRIQUES,

    Defendant(s).

No. C 11-04010 JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on March 16, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff and her counsel appear on **April 6, 2012, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for failure to prosecute, and Plaintiff's failure to appear at the case management conference on March 16, 2012.

IT IS SO ORDERED.

Dated: March 20, 2012

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge