MICHAEL R. SIMMONDS (SBN 96238)
msimmonds@snllp.com
R. TRAVIS CAMPBELL (SBN 271580)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendant
Hunt & Henriques

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BAUTISTA,<br><br>Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES,<br><br>Defendant. | CASE NO.: 3:11-cv-04010-JCS<br><br>**STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION;** ~~PROPOSED~~ **ORDER** |

BAUTISTA V. HUNT & HENRIQUES (CASE NO. 3:11-cv-04010-JCS)
STIPULATION TO EXTEND ADR DEADLINE

In light of the Court's order granting the motion of counsel for Plaintiff to withdraw, and the deadline of May 25, 2012 set by the Court for retention of new counsel, and at the suggestion of the staff attorney in the Court's ADR department,

IT IS HEREBY STIPULATED that the current deadline of July 1, 2012 for completion of alternative dispute resolution should be continued until September 14, 2012.

DATED: May 1, 2012

SIMMONDS & NARITA LLP
MICHAEL R. SIMMONDS
R. TRAVIS CAMPBELL

By: *(signature)*
Michael R. Simmonds
Attorneys for Defendant

DATED: May 4, 2012

*(signature)*
Susan Bautista
Plaintiff, In Pro Per

The stipulation of the parties having been considered by the Court, and good cause appearing,

IT IS SO ORDERED.

Dated: 5/14/12

*(signature - Judge Joseph C. Spero seal)*
Joseph C. Spero
United States ~~District~~ Judge
Magistrate